```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                                    Case No. 11-cr-90-01-PB

<u>Paula Cahill</u>

## O R D E R

The defendant has moved through counsel to continue the January 4, 2012 trial in the above case, citing a negotiated plea agreement and the need for additional time to schedule a plea hearing in mid-January.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 4, 2012 to February 7, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The clerk shall schedule a plea hearing in January on a date available for the court and the parties. The December 20, 2011 final pretrial conference is cancelled. No further continuances of the trial date will be granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 14, 2011

cc: Jennifer C. Davis, AUSA
    Jeffrey Levin, Esq.
    United States Marshal
    United States Probation